```
            IN THE UNITED STATES DISTRICT COURT FOR THE

                        DISTRICT OF NEBRASKA
```

UNITED STATES OF AMERICA,   )
                            )
            Plaintiff,      )         8:07CR266
                            )
       v.                   )
                            )
JEANETTE BLAND,             )            ORDER
                            )
            Defendant.      )
_____)

This matter is before the Court after notice that the above defendant was processed in California. Accordingly,

IT IS ORDERED that the indictment against Jeanette Bland is dismissed in the District of Nebraska.

DATED this 21st day of October, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court